

University of Southern California   3551 Trousdale Parkway   ADM 352   Los Angeles, CA 90089-5013

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shelby Fowler | University of Southern California | 2010639 | 01/20/2022 | 02/02/2022 | 02/09/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Statutory Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.00 | 2,475.00 | 92.33 | 523.11 | 85.45 | 1,774.11 |
| YTD | 165.00 | 7,425.00 | 276.99 | 1,563.86 | 256.35 | 5,327.80 |

| Earnings | | | | | | Statutory Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Base Pay - Non Exempt | 01/20/2022-02/02/2022 | 75 | 33 | 2,475.00 | 5,445.00 | OASDI | 147.73 | 443.18 |
| Holiday Pay | | | | | 742.50 | Medicare | 34.55 | 103.65 |
| Winter Recess Earnings | | | | | 247.50 | Federal Withholding | 246.03 | 738.09 |
| Winter Recess Earnings-E | | | | | 990.00 | State Tax - CA | 94.80 | 278.94 |
| Earnings | | | | 2,475.00 | 7,425.00 | Statutory Taxes | 523.11 | 1,563.86 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental-Delta Dental-Employee Contribution | 10.00 | 30.00 | 401(a) Fidelity Loan | 85.45 | 256.35 |
| Medical-Anthem HMO-Employee Contribution | 51.00 | 153.00 | | | |
| USC Voluntary Disability (VDI) - CA | 26.51 | 79.53 | | | |
| Vision-VSP-Employee Contribution | 4.82 | 14.46 | | | |
| Pre Tax Deductions | 92.33 | 276.99 | Post Tax Deductions | 85.45 | 256.35 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(a) Fidelity Employer Non-Elective Contributic | 123.75 | 371.25 | OASDI - Taxable Wages | 2,382.67 | 7,148.01 |
| Dental-Delta Dental-Employer Contribution | 14.00 | 42.00 | Medicare - Taxable Wages | 2,382.67 | 7,148.01 |
| Medical-Anthem HMO-Employer Contribution | 151.23 | 453.69 | Federal Withholding - Taxable Wages | 2,382.67 | 7,148.01 |
| Met Life Basic Life/AD&D | 1.50 | 4.50 | | | |
| Employer Paid Benefits | 290.48 | 871.44 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Sick | 0 | 0 | 90.22 |
| Allowances | 0 | 1 | Vacation | 5.2 | 0 | 219.05 |
| Additional Withholding | 0 | 0 | Details Not Displayed | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Wescom Credit Union | Wescom Credit Union ******2012 | ******2012 | | 1,774.11   USD |



University of Southern California   3551 Trousdale Parkway   ADM 352   Los Angeles, CA 90089-5013

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Shelby Fowler | University of Southern California | | 2010639 | 02/03/2022 | 02/16/2022 | 02/23/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Statutory Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.00 | 2,475.00 | 92.33 | 523.09 | 85.45 | 1,774.13 |
| YTD | 240.00 | 9,900.00 | 369.32 | 2,086.95 | 341.80 | 7,101.93 |

| Earnings | | | | | | Statutory Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Base Pay - Non Exempt | 02/03/2022-02/16/2022 | 75 | 33 | 2,475.00 | 7,920.00 | OASDI | 147.72 | 590.90 |
| Holiday Pay | | | | | 742.50 | Medicare | 34.54 | 138.19 |
| Winter Recess Earnings | | | | | 247.50 | Federal Withholding | 246.03 | 984.12 |
| Winter Recess Earnings-E | | | | | 990.00 | State Tax - CA | 94.80 | 373.74 |
| Earnings | | | | 2,475.00 | 9,900.00 | Statutory Taxes | 523.09 | 2,086.95 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental-Delta Dental-Employee Contribution | 10.00 | 40.00 | 401(a) Fidelity Loan | 85.45 | 341.80 |
| Medical-Anthem HMO-Employee Contribution | 51.00 | 204.00 | | | |
| USC Voluntary Disability (VDI) - CA | 26.51 | 106.04 | | | |
| Vision-VSP-Employee Contribution | 4.82 | 19.28 | | | |
| Pre Tax Deductions | 92.33 | 369.32 | Post Tax Deductions | 85.45 | 341.80 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(a) Fidelity Employer Non-Elective Contributic | 123.75 | 495.00 | OASDI - Taxable Wages | 2,382.67 | 9,530.68 |
| Dental-Delta Dental-Employer Contribution | 14.00 | 56.00 | Medicare - Taxable Wages | 2,382.67 | 9,530.68 |
| Medical-Anthem HMO-Employer Contribution | 151.23 | 604.92 | Federal Withholding - Taxable Wages | 2,382.67 | 9,530.68 |
| Met Life Basic Life/AD&D | 1.50 | 6.00 | | | |
| Employer Paid Benefits | 290.48 | 1,161.92 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Sick | 0 | 0 | 90.22 |
| Allowances | 0 | 1 | Vacation | 5.2 | 0 | 224.25 |
| Additional Withholding | 0 | 0 | Details Not Displayed | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| Wescom Credit Union | Wescom Credit Union ******2012 | ******2012 | | 1,774.13 | USD |



CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012

Pay Period 03/18/22    Advice No.    35802
Salary Anniversary Date:    Advice Date:    02/23/2022
Vacation Anniversary Date:

| SHELBY N FOWLER | | Department: | 7903 | REC & PARKS PART TIME |
|---|---|---|---|---|
| Employee ID:    313621 | | Division:    333 | | |
| MOU:  07    RECREATION ASSISTANT UNIT | | Job Class:    2498 - 0  RECREATION ASST | | |
| | | Salary Step:    0 | | |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Add'l Amount | | |

### EARNINGS AND OTHER COMPENSATION

| CD | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| HW | Hours Worked | 3.00 | 18.28 | 54.84 |
| | **Gross Pay** | | | 54.84 |

### TAXES AND RETIREMENT/PENSION

| CD | Description | Current | YTD |
|---|---|---|---|
| 02 | Fed Withholding | 0.00 | 0.00 |
| 01 | State Withholding | 0.00 | 0.00 |
| PT | PST Retirement | 2.47 | 7.41 |
| 07 | FICA Medicare | 0.80 | 2.39 |
| | Total Taxes & Ret/Pen | 3.27 | 9.80 |

### CITY PAID BENEFITS

| CD | Description | Current | YTD |
|---|---|---|---|
| PT | City PST Contribution | 1.65 | 4.94 |
| | TOTAL CITY PAID BENEFITS | 1.65 | 4.94 |

### DEDUCTIONS

| CD | Description | Current | YTD |
|---|---|---|---|
| | | | |
| | Total Deductions | 0.00 | 0.00 |

| | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PEN | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 54.84 | | 3.27 | | 51.57 |
| YTD | 164.52 | | 9.80 | | 154.72 |

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Floating Holiday YTD | Personal Leave YTD | CPTO | Reduced Hrs Owed | Excess SK Banked | Excess Work Time | Supp Paid Sick Leave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | | | | | | | | | 5.48 | | | | |
| Earned | | | | | | | | 12.81 | | | | | 40.00 |
| Used | | | | | | | | | | | | | |
| Adjusted | | | | | | | | 0.19 | | | | | |
| New Balance | | | | | | | | 13.00 | 5.48 | | | | 40.00 |

Messages:

IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS
 WARNING:   You are required to report to your employer or the insurance company any money that you earned for work during the time
 covered by this check, and before cashing this check.  If you do not follow these rules, you may be in violation of the law and the penalty may
 be jail or prison, a fine, and loss of benefits.

 ADVERTENCIA    Es necesario que usted le avise a su patrón o a su compañia de seguro todo dinero que usted ha ganado pro trabajar,
 durante el tiempo cubierto por éste checque, y antes de cambiar éste cheque.  Si usted no sigue estos reglamentos, usted puede estar en
 violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

CITY OF LOS ANGELES

200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

DATE: 02/23/2022        ADVICE NO:    35802

NON-NEGOTIABLE

FIFTY-ONE DOLLARS AND  57/100*************************************************************    DOLLARS ****$    **********51.57
Dept  7903    Div  333    PPE 02/12/2022    Account No. XXXXXXXXXXXXXXXX

FILE COPY

Deposit
To the
Account
of

SHELBY N FOWLER

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7400.

J.P. Morgan Chase Bank, N.A.



**CITY OF LOS ANGELES**
200 N. Main Street, Suite 300
Los Angeles, CA 90012

Pay Period 03/18/22    Advice No.    35799

Salary Anniversary Date:    Advice Date:    01/26/2022
Vacation Anniversary Date:

| SHELBY N FOWLER | | Department: | 7903 | REC & PARKS PART TIME | Tax Data | Federal | State |
|---|---|---|---|---|---|---|---|
| Employee ID: | 313621 | Division: | 333 | | Marital Status | Single | Single |
| MOU: 07 RECREATION ASSISTANT UNIT | | Job Class: | 2498 - 0 | RECREATION ASST | Allowances | 0 | 0 |
| | | Salary Step: | 0 | | Add'l Amount | | |

### EARNINGS AND OTHER COMPENSATION

| CD | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| HW | Hours Worked | 6.00 | 18.28 | 109.68 |
| | **Gross Pay** | | | **109.68** |

### TAXES AND RETIREMENT/PENSION

| CD | Description | Current | YTD |
|---|---|---|---|
| 02 | Fed Withholding | 0.00 | 0.00 |
| 01 | State Withholding | 0.00 | 0.00 |
| PT | PST Retirement | 4.94 | 4.94 |
| 07 | FICA Medicare | 1.59 | 1.59 |
| | Total Taxes & Ret/Pen | 6.53 | 6.53 |

### CITY PAID BENEFITS

| CD | Description | Current | YTD |
|---|---|---|---|
| PT | City PST Contribution | 3.29 | 3.29 |
| | TOTAL CITY PAID BENEFITS | 3.29 | 3.29 |

### DEDUCTIONS

| CD | Description | Current | YTD |
|---|---|---|---|
| | Total Deductions | 0.00 | 0.00 |

| | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PEN | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 109.68 | | 6.53 | | 103.15 |
| YTD | 109.68 | | 6.53 | | 103.15 |

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Floating Holiday YTD | Personal Leave YTD | CPTO | Reduced Hrs Owed | Excess SK Banked | Excess Work Time | Supp Paid Sick Leave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | | | | | | | | | 5.20 | | | | |
| Earned | | | | | | | | 12.81 | | | | | 40.00 |
| Used | | | | | | | | | | | | | |
| Adjusted | | | | | | | | | | | | | |
| New Balance | | | | | | | | 12.81 | 5.20 | | | | 40.00 |

Messages:    YOU MAY BE ELIGIBLE FOR EARNED INCOME CREDIT. SEE WWW.IRS.GOV/EITC

IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS
 WARNING:   You are required to report to your employer or the insurance company any money that you earned for work during the time covered by this check, and before cashing this check.  If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

 ADVERTENCIA    Es necesario que usted le avise a su patrón o a su compañia de seguro todo dinero que usted ha ganado pro trabajar, durante el tiempo cubierto por éste checque, y antes de cambiar éste cheque.  Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

CITY OF LOS ANGELES

200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

DATE: 01/26/2022    ADVICE NO:    35799

ONE HUNDRED THREE DOLLARS AND
15/100******************************************************************    DOLLARS ****$  **********103.15

Dept  7903    Div  333    PPE 01/15/2022    Account No. XXXXXXXXXXXXXXXXX

NON NEGOTIABLE

FILE COPY

Deposit
To the
Account
of

SHELBY N FOWLER

THANK YOU FOR BEING ON DIRECT DEPOSIT

For questions regarding your direct deposit call (213)978-7400.

J.P. Morgan Chase Bank, N.A.



University of Southern California   3551 Trousdale Parkway   ADM 352   Los Angeles, CA 90089-5013

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Shelby Fowler | University of Southern California | | 2010639 | 01/06/2022 | 01/19/2022 | 01/26/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Statutory Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 67.50 | 2,475.00 | 92.33 | 523.10 | 85.45 | 1,774.12 |
| YTD | 90.00 | 4,950.00 | 184.66 | 1,040.75 | 170.90 | 3,553.69 |

| Earnings | | | | | | Statutory Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Base Pay - Non Exempt | 01/06/2022-01/19/2022 | 67.5 | 33 | 2,227.50 | 2,970.00 | OASDI | 147.72 | 295.45 |
| Holiday Pay | 01/06/2022-01/19/2022 | 7.5 | 33 | 247.50 | 742.50 | Medicare | 34.55 | 69.10 |
| Winter Recess Earnings | | | | | 247.50 | Federal Withholding | 246.03 | 492.06 |
| Winter Recess Earnings-E | | | | | 990.00 | State Tax - CA | 94.80 | 184.14 |
| Earnings | | | | 2,475.00 | 4,950.00 | Statutory Taxes | 523.10 | 1,040.75 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental-Delta Dental-Employee Contribution | 10.00 | 20.00 | 401(a) Fidelity Loan | 85.45 | 170.90 |
| Medical-Anthem HMO-Employee Contribution | 51.00 | 102.00 | | | |
| USC Voluntary Disability (VDI) - CA | 26.51 | 53.02 | | | |
| Vision-VSP-Employee Contribution | 4.82 | 9.64 | | | |
| Pre Tax Deductions | 92.33 | 184.66 | Post Tax Deductions | 85.45 | 170.90 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(a) Fidelity Employer Non-Elective Contributic | 123.75 | 247.50 | OASDI - Taxable Wages | 2,382.67 | 4,765.34 |
| Dental-Delta Dental-Employer Contribution | 14.00 | 28.00 | Medicare - Taxable Wages | 2,382.67 | 4,765.34 |
| Medical-Anthem HMO-Employer Contribution | 151.23 | 302.46 | Federal Withholding - Taxable Wages | 2,382.67 | 4,765.34 |
| Met Life Basic Life/AD&D | 1.50 | 3.00 | | | |
| Employer Paid Benefits | 290.48 | 580.96 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Sick | 0.56 | 0 | 90.22 |
| Allowances | 0 | 1 | Vacation | 5.2 | 0 | 213.85 |
| Additional Withholding | 0 | 0 | Details Not Displayed | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| Wescom Credit Union | Wescom Credit Union ******2012 | ******2012 | | 1,774.12 | USD |

# USC University of Southern California

University of Southern California   3551 Trousdale Parkway   ADM 352   Los Angeles, CA 90089-5013

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shelby Fowler | University of Southern California | 2010639 | 02/17/2022 | 03/02/2022 | 03/09/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Statutory Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 2,475.00 | 92.33 | 523.11 | 85.45 | 1,774.11 |
| YTD | 300.00 | 12,375.00 | 461.65 | 2,610.06 | 427.25 | 8,876.04 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Base Pay - Non Exempt | 02/17/2022-03/02/2022 | 60 | 33 | 1,980.00 | 9,900.00 |
| Holiday Pay | 02/17/2022-03/02/2022 | 7.5 | 33 | 247.50 | 990.00 |
| Sick Earnings | 02/24/2022-03/02/2022 | 7.5 | 33 | 247.50 | 247.50 |
| Winter Recess Earnings | | | | | 247.50 |
| Winter Recess Earnings-E | | | | | 990.00 |
| Earnings | | | | 2,475.00 | 12,375.00 |

## Statutory Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 147.73 | 738.63 |
| Medicare | 34.55 | 172.74 |
| Federal Withholding | 246.03 | 1,230.15 |
| State Tax - CA | 94.80 | 468.54 |
| Statutory Taxes | 523.11 | 2,610.06 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental-Delta Dental-Employee Contribution | 10.00 | 50.00 |
| Medical-Anthem HMO-Employee Contribution | 51.00 | 255.00 |
| USC Voluntary Disability (VDI) - CA | 26.51 | 132.55 |
| Vision-VSP-Employee Contribution | 4.82 | 24.10 |
| Pre Tax Deductions | 92.33 | 461.65 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(a) Fidelity Loan | 85.45 | 427.25 |
| Post Tax Deductions | 85.45 | 427.25 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(a) Fidelity Employer Non-Elective Contributic | 123.75 | 618.75 |
| Dental-Delta Dental-Employer Contribution | 14.00 | 70.00 |
| Medical-Anthem HMO-Employer Contribution | 151.23 | 756.15 |
| Met Life Basic Life/AD&D | 1.50 | 7.50 |
| Employer Paid Benefits | 290.48 | 1,452.40 |

## Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,382.67 | 11,913.35 |
| Medicare - Taxable Wages | 2,382.67 | 11,913.35 |
| Federal Withholding - Taxable Wages | 2,382.67 | 11,913.35 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| COVID-19 CA Supplemental Sic | 0 | 0 | 40 |
| COVID-19 CA Supplemental Sic | 0 | 0 | 40 |
| Details Not Displayed | 8.67 | 7.5 | 315.64 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wescom Credit Union | Wescom Credit Union ******2012 | ******2012 | | 1,774.11 | USD |